IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-7 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TYRONE DAVID ROBINSON** | : | |

## ORDER

AND NOW, this 6th day of May, 2015, upon consideration of the motion (Doc. 71) to vacate, set aside, or correct sentence, filed by defendant Tyrone David Robinson ("Robinson") pursuant to 28 U.S.C. § 2255, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Robinson's motion (Doc. 71) to vacate, set aside, or correct sentence is DENIED.

2. The court finds no basis to issue a certificate of appealability. See Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania